IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR - 7 2009

GREGORY C. LANGHAM
CLERK

Civil Action No. 09-cv-00332-PAB

RONALD CARLTON TAYLOR,

    Plaintiff,

v.

DETECTIVE MICHAEL BORQUEZ,
OFFICER JEFF MASCIANGELO,
OFFICER GERARD ALARCON,
OFFICER PATRICK BOUHANA,
OFFICER BRIAN MATOS,
OFFICER AARON KAFER,
OFFICER NOEL R. IKEDA, and
OFFICER JOE ENGELBERT,

    Defendants.

### ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant

to 28 U.S.C. § 1915, and all other orders upon the defendants. All costs of service shall be advanced by the United States.

DATED April 2, 2009.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00332-PAB-CBS

Ronald C. Taylor
2017 E. 25th Ave
Denver, CO 80205

US Marshal Service
Service Clerk
Service forms for: Detective Michael Borquez, Officer Jeff Masciangelo, Officer Gerard Alarcon, Officer Patrick Bouhana, Officer Brian Matos, Officer Aaron Kafer, Officer Noel R. Ikeda, Jessie Espinoza and Officer Joe Engelber.

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal for service of process on: AMENDED COMPLAINT FILED 03/19/09, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 4/7/09.

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk