IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00332-PAB-CBS

RONALD CARLTON TAYLOR,
    Plaintiff,
v.

DETECTIVE MICHAEL BORQUEZ,
OFFICER JEFF MASCIANGELO,
OFFICER GERARD ALARCON,
OFFICER PATRICK BOUHANA,
OFFICER BRIAN MATOS,
OFFICER AARON KAFER,
OFFICER NOEL R. IKEDA,
OFFICER JOE ENGLEBERT, and
OFFICER JESSIE ESPINOZA,
    Defendants.

---

ORDER GRANTING MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT

---

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Plaintiff Mr. Taylor's "Motion for Leave to File Third Amended Complaint" (filed August 6, 2009) (doc. # 43). Pursuant to the Order of Reference dated April 1, 2009 (doc. # 8) and the memorandum dated August 6, 2009 (doc. # 44), this matter was referred to the Magistrate Judge. Defendants have not filed any objection to the Motion. The court having reviewed the Motion and the entire case file and being sufficiently advised in the premises, IT IS ORDERED that:

    1.    Mr. Taylor's "Motion for Leave to File Third Amended Complaint" (filed August 6, 2009) (doc. # 43) is GRANTED. The Third Amended Complaint (doc. # 43-2) is accepted for filing as of the date of this Order.

2.      Defendants may answer or otherwise respond to the Third Amended Complaint on or before September 18, 2009.

3.      In light of the filing of the Third Amended Complaint, Mr. Taylor's "Motion to Amend Plaintiff's *Pro Se* Amended Complaint Clarifying 42 U.S.C. § 1983 Claims and to Add the City and County of Denver as Defendant" (filed June 9, 2009) (doc. # 27) is DENIED AS MOOT.

Dated at Denver, Colorado this 28th day of August, 2009.

BY THE COURT:

  s/ Craig B. Shaffer
United States Magistrate Judge