IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 09-cv-00332-PAB-CBS

RONALD CARLTON TAYLOR ,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER,

    Defendant.

---

# ORDER

---

This matter is before the Court on the Stipulation for Substitution of Party and Dismissal of Defendants [Docket No. 83]. The Court has reviewed the pleading and is fully advised in the premises. It is

ORDERED that all claims against defendants Michael Borquez, Jeff Masciangelo, Gerard Alarcon, Patrick Bouhana, Brian Matos, Aaron Kafer, Noel R. Ikeda, Joe Engelbert and Jessie Espinoza are dismissed with prejudice. It is further

ORDERED that the City and County of Denver is added as a defendant. It is further

ORDERED that the caption of this case shall be amended as reflected in the caption in this Order.

DATED June 9, 2010.

                                        BY THE COURT:

                                        s/Philip A. Brimmer
                                        PHILIP A. BRIMMER
                                        United States District Judge